# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SHOUDONG FENG**                                                                                              **PLAINTIFF**

**v.**                                            **CASE NO. 4:07-CV-00512 GTE**

**MICHAEL CHERTOFF, Secretary,**
**Office of General Counsel, U.S. Department**
**of Homeland Security; EMILIO T. GONZALEZ,**
**Director, U.S. Citizenship & Immigration Services;**
**EVELYN UPCHURCH, Director, Texas Service**
**Center, U.S. Citizenship & Immigration Services;**
**and ROBERT S. MUELLER, Director, Federal**
**Bureau of Investigation**                                                                                    **DEFENDANTS**

## ORDER

Presently before the Court is Defendants' Unopposed Motion for a Ninety Day Stay of the Proceedings. Defendants state that the Assistant United States Attorney has recently been briefed by the Department of Homeland Security regarding the status of Plaintiff's application for adjustment to permanent resident status, the subject of this pending litigation, and has reason to believe that this case may be resolved in favor of the Plaintiff without the need to continue the case presently before the Court. Plaintiff does not object. Defendants' motion is granted.

Accordingly,

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for a Ninety Day Stay of the Proceedings (Docket No. 12) be, and it is hereby GRANTED. This case is STAYED until October 26, 2007.

IT IS SO ORDERED this 27th day of July, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE