# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SHOUDONG FENG**  **PLAINTIFF**

v.   CASE NO. 4:07-CV-00512 GTE

**MICHAEL CHERTOFF, Secretary,**
**Office of General Counsel, U.S. Department**
**of Homeland Security; EMILIO T. GONZALEZ,**
**Director, U.S. Citizenship & Immigration Services;**
**EVELYN UPCHURCH, Director, Texas Service**
**Center, U.S. Citizenship & Immigration Services;**
**and ROBERT S. MUELLER, Director, Federal**
**Bureau of Investigation**  **DEFENDANTS**

## ORDER

Presently before the Court is Defendants' Unopposed Motion to Dismiss as Moot. Previously, the Court granted a ninety day stay of the proceedings based upon Defendants representation that this case may be resolved in favor of the Plaintiff without the need to continue this case. Defendants advise the Court that the adjustment of status that the Plaintiff sought when he filed this case has been recently approved, and therefore, the instant suit is moot. Defendants further state that Plaintiff does not object to dismissal.

Accordingly,

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Dismiss as Moot (Docket No. 15) be, and it is hereby GRANTED. This case is DISMISSED.

IT IS SO ORDERED this 6th day of September, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE